UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ANTHONY ALVAREZ ,

        Plaintiff,                     Case No. 1:24–cv–01174–RJJ–MV

    v.                            Hon. Robert J. Jonker

ELON REEVE MUSK , et al.,

        Defendants.

_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

       NOTICE is hereby given that the above–captioned case was filed in this court on November 5, 2024 .   The case has been assigned to Robert J. Jonker .

CLERK OF COURT

Dated:   November 6, 2024    By:   /s/ S. Kivela_____
                                   Deputy Clerk