# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Robert Anthony Alvarez

v.

Elon Reeve Musk
&
American Pac.

Case No. 1:24-cv-1174
Hon. Robert, J. Jonker

TO: Elon Reeve Musk
ADDRESS: 52448-54298 Boca Chica Blvd
Brownsville TX. 78521

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within  21  days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Robert Anthony Alvarez (P66954)
Avanti Law Group PLLC
600 28th St. Sw
Wyoming MI 49509

CLERK OF COURT



By: Deputy Clerk         11/6/2024
                          Date

---

## PROOF OF SERVICE

This summons for _____ Elon Reeve Musk _____ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                                  (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                          (name of individual)
of process on behalf of _____ on _____.
                      (name of organization)      (date)

☐ I returned the summons unexecuted because _____.
☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                                        _____
                                                    *Server's signature*

Additional information regarding attempted service, etc.:
                                                    _____
                                                    *Server's printed name and title*

                                                    _____
                                                    *Server's address*

## SUMMONS IN A CIVIL ACTION
### UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Robert Anthony Alvarez

v.

Elon Reeve Musk
&
American Pac.

Case No. 1:24-cv-1174
Hon. Robert J. Jonker

TO: America PAC
ADDRESS: P.O.Box 341027 Austin TX 78734
Or
c/o Corporation Securites & Commerical Licensing Corporation Divisions P.O Box 30054 Lansing MI 48909

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Robert Anthony Alvarez (P66954)
Avanti Law Group PLLC
600 28th St. Sw
Wyoming MI 49509

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

CLERK OF COURT



By: Deputy Clerk                                      11/6/2024
                                                       Date

---

### PROOF OF SERVICE

This summons for _____America PAC_____ was received by me on _____.
                    (name of individual and title, if any)                (date)

☐ I personally served the summons on the individual at _____
                                                          (place where served)
on _____.
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                   (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                            (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)        (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address