# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---

**ROBERT ANTHONY ALVAREZ,**
Plaintiff,

Case No.: 1:24-cv-01174
Hon. Robert. J. Jonker

v.

**ELON REEVE MUSK,** an individual,
**AMERICA PAC,**
a political action committee,

Defendants.

| |
|---|
| **AVANTI LAW GROUP, PLLC**<br>Robert Anthony Alvarez (P66954)<br>Victor M. Jimenez Jr. (P85194)<br>Attorneys for Plaintiff<br>600 28th St. SW<br>Wyoming, MI 49509<br>(616) 257-6807<br>ralvarez@avantilaw.com |

## NOTICE OF WITHDRAWAL AS COUNSEL

PLEASE TAKE NOTICE that Victor M. Jimenez Jr. (P85194) of the law firm of Avanti Law Group, PLLC has withdrawn his appearance as counsel for Plaintiff Robert Anthony Alvarez.

Respectfully Submitted,

Date: November 11, 2024

*/s/ Victor M. Jimenez Jr.*
Victor M. Jimenez Jr. (P85194)
Avanti Law Group, PLLC
Attorney for Defendant