# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

ROBERT ANTHONY ALVAREZ and STEVEN JOHN ROBBINS, on behalf of themselves and all others similarly situated,

v.

ELON REEVE MUSK, an individual, AMERICA PAC, a political action committee, CHRIS GOBER, an individual, and CHRIS YOUNG, an individual

Case No. 1:24-cv-01174
Hon. Robert J. Jonker



TO: Elon Reeve Musk
ADDRESS: 52448-54298 Boca Chica Blvd.
Brownsville, TX 78521

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Jason J. Thompson
Sommers Schwartz, P.C.
One Towne Square, Suite 1700
Southfield, MI 48076
248-355-0300

CLERK OF COURT



By: Deputy Clerk

November 19, 2024
Date

## PROOF OF SERVICE

This summons for _____Elon Reeve Musk_____ was received by me on _____.
(name of individual and title, if any)                                                              (date)

☐ I personally served the summons on the individual at _____
                                                                                          (place where served)
on _____.
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                              (date)

☐ I served the summons on _____, who is designated by law to accept service
                                              (name of individual)
of process on behalf of _____ on _____.
                                         (name of organization)                                  (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

ROBERT ANTHONY ALVAREZ and STEVEN JOHN ROBBINS, on behalf of themselves and all others similarly situated,

v.

ELON REEVE MUSK, an individual, AMERICA PAC, a political action committee, CHRIS GOBER, an individual, and CHRIS YOUNG, an individual

Case No. 1:24-cv-01174
Hon. Robert J. Jonker

TO: America PAC
ADDRESS: PO Box 341027, Austin, TX 78734 or
c/o Corporation Securities & Commercial Licensing
Corporation Division
PO Box 30054
Lansing, MI 48909

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Jason J. Thompson
Sommers Schwartz, P.C.
One Towne Square, Suite 1700
Southfield, MI 48076
248-355-0300

CLERK OF COURT



By: Deputy Clerk

November 19, 2024
Date

## PROOF OF SERVICE

This summons for _____America PAC_____ was received by me on _____.
(name of individual and title, if any)                                         (date)

☐ I personally served the summons on the individual at _____
                                                         (place where served)
on _____.
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                            (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

ROBERT ANTHONY ALVAREZ and STEVEN JOHN ROBBINS, on behalf of themselves and all others similarly situated,

v.

ELON REEVE MUSK, an individual, AMERICA PAC, a political action committee, CHRIS GOBER, an individual, and CHRIS YOUNG, an individual

Case No. 1:24-cv-01174
Hon. Robert J. Jonker



TO: Chris Gober
ADDRESS: 4004 Sugarloaf Dr.
Austin, TX 78738

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Jason J. Thompson
Sommers Schwartz, P.C.
One Towne Square, Suite 1700
Southfield, MI 48076
248-355-0300

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

CLERK OF COURT



By: Deputy Clerk                           November 19, 2024
                                                    Date

## PROOF OF SERVICE

This summons for _____Chris Gober_____ was received by me on _____.
                    (name of individual and title, if any)                  (date)

☐ I personally served the summons on the individual at _____
                                                              (place where served)
on _____.
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                          (date)

☐ I served the summons on _____, who is designated by law to accept service
                                (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

ROBERT ANTHONY ALVAREZ and STEVEN JOHN ROBBINS, on behalf of themselves and all others similarly situated,

v.

ELON REEVE MUSK, an individual, AMERICA PAC, a political action committee, CHRIS GOBER, an individual, and CHRIS YOUNG, an individual

Case No. 1:24-cv-01174
Hon. Robert J. Jonker

TO: Chris Young
ADDRESS:



A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Jason J. Thompson
Sommers Schwartz, P.C.
One Towne Square, Suite 1700
Southfield, MI 48076
248-355-0300

CLERK OF COURT



By: Deputy Clerk

November 19, 2024
Date

## PROOF OF SERVICE

This summons for _____Chris Young_____ was received by me on _____.
(name of individual and title, if any)                                        (date)

☐ I personally served the summons on the individual at _____
                                                                    (place where served)
on _____.
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                          (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                            (date)

☐ I served the summons on _____, who is designated by law to accept service
                                        (name of individual)
of process on behalf of _____ on _____.
                                    (name of organization)                          (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Server's printed name and title

_____
Server's address

Additional information regarding attempted service, etc.: