UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ANTHONY ALVAREZ, et al.,

     Plaintiffs,

                                   Case No. 1:24-cv-1174

v.

                                   Hon. Robert J. Jonker

ELON REEVE MUSK, et al.,

     Defendants.

_____/

## JUDGMENT

     In accordance with the Opinion and Order entered this day, Judgment is entered in favor of Defendants and against Plaintiffs, dismissing all claims for lack of standing.

Dated: June 2, 2025                       /s/ Robert J. Jonker
                                        ROBERT J. JONKER
                                        UNITED STATES DISTRICT JUDGE